**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

James Morgan,

Plaintiff,

vs.

Findlay Honda Henderson, *et al.*,

Defendants.

Case No. 2:26-cv-03018-MDC

**ORDER**

The Court received a 10/14/26 email from plaintiff requesting summons to be issued. All requests to the Court must be formally made by a motion and publicly filed. Requests to the court cannot be made by email or other informal, *ex parte* (unavailable to other parties) communications. Plaintiff may find the Court's local rules of practice at Local-Rules-of-Practice-Amended-2020.pdf. Plaintiff should also review the Federal Rules of Civil Procedure.

The summons in this case will not be issued until the Court screens plaintiff's complaint. Plaintiff applied to proceed *in forma pauperis* ("IFP") pursuant 28 U.S.C. § 1915. *ECF No. 3*. Before any summonses are issued and the matter proceeds, the IFP application must be approved and the complaint screened pursuant to subsection 1915(e). Alternatively, the plaintiff may elect to pay the filing fee. In which case, the complaint need not be screened and a properly completed summons may be issued. The Court receives hundreds of filings daily and plaintiff's IFP application and complaint screening will be processed in due course.

DATED: October 16, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.